**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **GUZMAN FERNANDEZ MAINOR OBDULIO #A226-172-015** | **CASE NO. 1:26-CV-02507 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **TODD BLANCHE ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Guzman Fernandez Mainor Obdulio's petition is **DENIED AND DISMISSED WITHOUT PREJUDICE**.

ALEXANDRIA, LOUISIANA, this 12th day of November, 2026.

Jerry Edwards, Jr.

JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE